# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------------------------------x

Levi Kumer

            Plaintiff,

                                                                                                   Case No.: 2:21-cv-15965

      -against-

Nelson Cruz & Associates, LLC

           Defendant(s).

------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 15th day of November, 2021        Respectfully Submitted,

                                                                            */s/ Yaakov Saks*
                                                                             Yaakov Saks
                                                                             Stein Saks, PLLC
                                                                             One University Plaza
                                                                             Hackensack, NJ 07601
                                                                             Phone: 201-282-6500
                                                                             ysaks@steinsakslegal.com
                                                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 15, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                  */s/ Yaakov Saks*
                  Yaakov Saks